UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAN KUNKEL,<br><br>               Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br>and TRUEACCORD, both jointly and severally<br><br>               Defendants. | Case No. 2:22-cv-414 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Jefferson Capital Systems, LLC ("JCAP"), through undersigned counsel, hereby removes this action from the Court of Common Pleas of Allegheny County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania. In support of this Notice of Removal, JCAP states:

      1.      On February 8, 2022, Plaintiff, Dan Kunkel ("Plaintiff"), commenced a civil action in the Court of Common Pleas of Allegheny County, Pennsylvania, entitled and captioned *Dan Kunkel v. Jefferson Capital Systems, LLC and TrueAccord,* Case No AR-22-000457 (hereinafter the "State Court Action"). No further proceedings before the State Court have occurred.

      2.      In the Complaint, Plaintiff alleges statutory causes of action against JCAP under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq*. A true and correct copy of Plaintiff's Complaint is attached hereto as **Exhibit A**. Therefore, this

Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges a cause of action arising under the laws of the United States. Because Plaintiff affirmatively alleges violations of the FDCPA, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

3. JCAP was served with a copy of the Summons and Complaint on February 14, 2022.

4. The time within which JCAP is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which JCAP received a copy of the Summons and Complaint. *See* 28 U.S.C. § 1446.

5. The Court of Common Pleas of Allegheny County, Pennsylvania, is located within the United States District Court for the Western District of Pennsylvania. Therefore, venue for purposes of removal is proper because the United States District Court for the Western District of Pennsylvania embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6. Defendant TrueAccord consents to the filing of the Notice of Removal.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Court of Common Pleas of Allegheny County, Pennsylvania. *See* **Exhibit B** attached hereto.

WHEREFORE, Defendant Jefferson Capital Systems, LLC gives notice that this action is removed from the Court of Common Pleas of Allegheny County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania.

Dated: March 7, 2022

Respectfully Submitted,

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq. (#73683)
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ 08822
Telephone No.: (908) 237-1660
Facsimile No.: (877) 344-0661
aeasley@sessions.legal
*Attorney for Defendant,*
*Jefferson Capital Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2022 a copy of the foregoing was served on all counsel and parties of record electronically via CM/ECF and U.S. Mail.

Joshua P. Ward
Pa. I.D. No. 320347
J.P. Ward & Associates, LLC
The Rubicon Building
 201 South Highland Avenue Suite 201
Pittsburgh, PA 15206


TrueAccord
16011 College Boulevard, Suite 130
Lenexa, KS 66219

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.