IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAN KUNKEL, | : |
| *Plaintiff*, | : |
| v. | : CASE NO. 2:22-cv-00414 |
| JEFFERSON CAPITAL SYSTEMS, | : |
| *Defendant*. | : |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Dan Kunkel ("Plaintiff") and Defendant Jefferson Capital Systems ("Defendant") have tentatively reached an agreement to settle all matters herein subject to the parties' execution of a draft settlement agreement. Plaintiff and Defendant anticipate filing a Joint Stipulation of Dismissal shortly, once the settlement agreement is executed.

Dated: April 13, 2022

*/s/ Joshua P. Ward*
Joshua P. Ward, Esquire
J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue, Suite 201
Pittsburgh, PA 15206
jward@jpward.com

*Attorney for Plaintiff*